Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No. 1:15-cv-01193-MCE-EPG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| IN SUK CHUN, individually and dba CAROL'S DAIRY FREEZE, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER

Page 1

Date: December 1, 2015 MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff
Rachel Lobato

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and good cause appearing, IT IS HEREBY ORDERED that this action be DISMISSED with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT